# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130773

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NIKOLAI RACHMANINOFF and KEIKO
RACHMANINOFF,
      Plaintiffs-Appellants,

v

SVM DEVELOPMENT CORPORATION,
MICHAEL T. ZAMBRICKI, CHRISTINE S.
ZAMBRICKI, JOHN J. DAVEY, MARY L.
DAVEY, GHOUSE M. SYED, SHAZIA A. SYED,
ASIRUDDIN AHMAD, JANE AHMAD,
MARJORIE A. SATTERLUND, VICTOR M.
KUFFLER, and ANN E. KUFFLER,
      Defendants-Appellees,
and

RICHARD O. DYE and NORMA E. DYE,
      Defendants.

SC: 130773
COA: 257394
Oakland CC: 2003-048049-CH

_____/

On order of the Court, the application for leave to appeal the February 9, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

t0619